

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DAVID NELSON, INDIVIDUALLY AND D/B/A COLLECTIVE CONTRACTING, A SOLE PROPRIETORSHIP; AND E.E. HOOD & SONS, INC., | § § § § | No. 08-10-00222-CV <br><br> Appeal from the <br><br> 45th District Court |
| Appellants, | § | of Bexar County, Texas |
| v. | § | (TC# 2006-CI-18807) |
| VERNCO CONSTRUCTION, INC., | § | |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the trial court's judgment should be vacated and the case dismissed. We therefore vacate the trial court's judgment and dismiss the case. We further order Appellee pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF JULY, 2013.


GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating